JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:21-cv-01842-JLS-DFM                                         Date: May 03, 2022
Title:  Opendoor Property Acquisition LLC v. Jeffrey Baum et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  D. Rojas  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                                      Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER GRANTING MOTION TO REMAND (Doc. 7)**

　　　Before the Court is a Motion to Remand filed by Opendoor Property Acquisition LLC.  (Mot., Doc. 7.)  Defendants did not oppose.  The Court finds this matter appropriate for decision without oral argument, and the hearing set for May 13, 2022, at 10:30 a.m. is VACATED.  Fed. R. Civ. P. 78(b); L.R. 7-15.  For the following reasons, the Court GRANTS Plaintiff's Motion.

　　　The deadline to oppose has passed, and Defendants have filed no opposition.  "The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion [.]"  L.R. 7-12; *see Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam) ("Failure to follow a district court's local rules is a proper ground for dismissal.").  Thus, Defendants' failure to oppose is, by itself, sufficient basis to grant the Motion.  Accordingly, Plaintiff's Motion is GRANTED.   This action is hereby REMANDED to the Superior Court of California (County of Orange), Case No. 30-2021-01183985-CL-UD-CJC.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: droj